Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| JUAN CARLOS FERNÁNDEZ RICHARDS, MIGUEL JOSÉ FERNÁNDEZ RICHARDS, MARY JANE RITA RICHARDS BERRÍOS<br><br>Recurridos<br><br>JOSÉ ENRIQUE FERNÁNDEZ BJERG<br><br>Peticionario<br><br>EX PARTE | TA2025CE00648 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2024RF00221<br><br>Sobre: Declaración de Incapacidad y Designación de Tutor |

Panel integrado por su presidenta, la Juez Brignoni Mártir, la Jueza Álvarez Esnard y la Jueza Prats Palerm

Álvarez Esnard, jueza ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de octubre de 2025.

Comparece el señor José Enrique Fernández Bjerg ("señor Fernández Bjerg" o "Peticionario") mediante *Certiorari Civil* presentado el 20 de octubre de 2025. Nos solicita la revisión de la *Resolución* dictada el 21 de agosto de 2025, notificada al día siguiente, y de la *Resolución* emitida y notificada el 1 de octubre de 2025 por el Tribunal de Primera Instancia, Sala Superior de San Juan ("foro primario" o "foro *a quo*"). En virtud de los referidos dictámenes, el foro primario determinó que el Peticionario debía someterse a evaluaciones médicas con los peritos anunciados por las partes de epígrafe. Asimismo, el 22 de octubre de 2025, el Peticionario presentó una solicitud en auxilio de jurisdicción en la que solicitó la paralización de una evaluación médica que se llevaría a cabo el 24 de octubre de 2025.

Hemos deliberado los méritos del recurso y concluimos declinar la invitación a intervenir con la decisión del foro primario.

A pesar de que este Tribunal de Apelaciones no tiene que fundamentar su determinación al denegar un recurso de Certiorari, en ánimo de que no quede duda en la mente de las partes sobre los fundamentos al denegar ejercer nuestra facultad revisora, abundamos.

Luego de evaluar detenidamente el expediente ante nos, no encontramos indicio de que el foro recurrido haya actuado de forma arbitraria, caprichosa, haya abusado al ejercer su discreción, o cometido algún error de derecho. Trans-Oceanic Life Ins. v. Oracle Corp., 184 DPR 689, 709 (2012).

Además, no identificamos fundamentos jurídicos que nos muevan a expedir el auto de *Certiorari* solicitado, conforme a los criterios que guían nuestra discreción para ejercer nuestra facultad revisora en este tipo de recurso. Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, 215 DPR __ (2025).

Por los fundamentos antes expresados, **denegamos** la expedición del auto de Certiorari solicitado, así como la solicitud en auxilio de jurisdicción.

Notifíquese inmediatamente.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones